# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**AUSTIN PATTERSON**
**ADC #552728**                                                                                       **PLAINTIFF**

**V.**                            **CASE NO. 1:15-CV-76 JLH/BD**

**MINDY JONES and**
**TATE LAWRENCE**                                                                             **DEFENDANTS**

## ORDER

On July 6, 2015, Plaintiff Austin Patterson, an inmate at the Izard County Jail, filed this lawsuit pro se under 42 U.S.C. § 1983, and moved for leave to proceed *in forma pauperis* ("IFP"). (Docket entries #1, #2) Because Patterson's IFP application was incomplete, the Court ordered him to file either a complete IFP application or pay the $400 statutory filing fee within thirty days. (#3)

To date, Patterson has not filed a complete IFP application or the filing fee. Patterson was warned that failure to comply with Court orders would result in the dismissal of his claims. (#3)

Patterson has failed to prosecute his case. Accordingly, his claims are dismissed, without prejudice, under Local Rule 5.5(c)(2). The Clerk is directed to close this case.

IT IS SO ORDERED this 18th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE