IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AUSTIN PATTERSON**
**ADC #552728**                                                                                          **PLAINTIFF**

V.                              CASE NO. 1:15-CV-76 JLH/BD

**MINDY JONES and**
**TATE LAWRENCE**                                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE